IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF

3821 WEST SECOND STREET
DAYTON, OH 45417

CASE NO. 3:18 MJ 159

**Filed Under Seal**

ORDER SEALING APPLICATIONS, SEARCH WARRANTS,
SUPPORTING AFFIDAVITS AND RETURNS

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Applications, Supporting Affidavits, Search Warrants and Returns for captioned case be sealed and kept from public inspection.

_4/4/18_
DATE

_____
MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE